THE HONORABLE MARSHA J. PECHMAN

**09-CV-00188-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TRADESHOW, INC., <br><br> Defendant. | NO. C09-0188-MJP <br><br> JUDGMENT |

### Summary of Judgment

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | American Tradeshow, Inc. |
| Principal Judgment Amount: | $11,140.42 |
| Interest to Date of Judgment: | $144.00 |
| Attorneys Fees: | $682.50 |
| Costs: | $427.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Five percent (5%) |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Pedersen, McCarthy & Ballew, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having reviewed the

JUDGMENT – C09-0188-MJP
Page 1 of 3
G:\01-01999\411\American Tradeshow 21626\5 11-08-\Judgment.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WA 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 631, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust: for contributions of $8,054.94, liquidated damages of $3,085.48, for pre-judgment interest of $144.00; for attorneys' fees of $682.50, and for costs of $427.00; all for a total of $12,393.92, together with interest accruing thereupon at the rate of five percent (5%) per annum from the date of entry hereof until fully paid.

Since the foregoing contribution amounts are based on information provided Plaintiff in the Defendant's remittance reports alone for the period November 2008 and December 2008, and those amounts have not been verified through an independent audit, this judgment shall not foreclose Plaintiff, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period November 2008 through February 2009, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than November 2008 through February 2009.

JUDGMENT ENTERED this _31_ day of _March_, 2009

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT – C09-0188-MJP
Page 2 of 3
G:\01-0199941 I\American Tradeshow 216265 11-08-\Judgment.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WA 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiff

JUDGMENT - C09-0188-MJP
Page 3 of 3
G:\01-01999\41\American Tradeshow 216265 11-08-Judgment.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WA 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925